IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| HAROLD L. PHILLIPS | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. G-07-004 |
| | § | |
| THE STATE OF TEXAS | § | |

### FINAL JUDGMENT

For the reasons stated in this Court's Order of Dismissal entered this date, it is **ORDERED** and **ADJUDGED** that this action is **DISMISSED with prejudice**; and that the State of Texas **RECOVER all costs** incurred in defending against Phillips' baseless federal complaint.

This is a **FINAL JUDGMENT.**

**DONE** at Galveston, Texas this 23rd day of April, 2007.

Samuel B. Kent
United States District Judge